AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Christian Enrique Carias Torres<br>DOB: ▮▮▮▮<br><br>*Defendant(s)* | Case: 1:25-mj-00146<br>Assigned To: Judge Upadhyaya, Moxila A.<br>Assign. Date: 8/18/2025<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 16, 2025__ in the county of __Washington__ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a) | Assaulting, Resisting, or Impeding Certain Officers or Employees |

This criminal complaint is based on these facts:
See attached Statement of Facts.

☑ Continued on the attached sheet.

_____
SA, Stephen A. Walker
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __08/18/2025__

_____
*Judge's signature*

City and state: __Washington, DC__    Moxila A. Upadhyaya, Magistrate Judge
*Printed name and title*